THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN RUDMAN, Appellant, *v.* ERNST J. LEDERLE et al., Composing the Board of Health of the City of New York, Respondents.

*People ex rel. Rudman* v. *Lederle*, 149 App. Div. 915, affirmed. (Argued May 1, 1912; decided May 21, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

March 26, 1912, which dismissed a writ of certiorari and affirmed the proceedings of the defendants in dismissing the relator from the department of health of the city of New York.

*Francis Gilbert, A. S. Gilbert* and *A. Joseph Geist* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Harry Crone* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.